# Court of Appeals
# of the State of Georgia

ATLANTA,  October 23, 2020

*The Court of Appeals hereby passes the following order:*

**A20A1455.  SAMUEL ANKRAH v. DOREEN LAWRENCE.**

The application for discretionary appeal having been improvidently granted, this appeal is dismissed.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  10/23/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*